SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

RICHARD C. CHENG
Assistant U.S. Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5032
   E-Mail: richard.cheng@usdoj.gov

Attorneys for the United States

E-FILING

FILED

SEP 0 6 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MAX RAY BUTLER,<br><br>   Defendant. | CRIMINAL NO. CR07-70525PVT<br><br>NOTICE OF PROCEEDINGS ON<br>OUT-OF-DISTRICT CRIMINAL<br>CHARGES PURSUANT TO RULES<br>5(c)(2) AND (3) OF THE FEDERAL RULES<br>OF CRIMINAL PROCEDURE |

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on September 5, 2007, the above-named defendant was arrested  based upon an

arrest warrant (copy attached) issued upon an

☐  Indictment

☐  Information

☑  Criminal Complaint

☐  Other (describe) _____

pending in the _Western_ District of _Pennsylvania_ , Case Number _07 401M_ .

1

1        In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code,

2    Section(s) __1029, 1028 and 1343__ .

3    Description of Charges: __Knowing Possession of 15 or More Unauthorized Access Devices with

4    the Intention To Defraud; Knowing Transfer or Possession of Access Devices of Another With

5    Intent to Commit Fraud; Wire Fraud__ .

6

7                                                Respectfully Submitted,
                                            SCOTT N. SCHOOLS

8                                                UNITED STATES ATTORNEY

9    Date: __September 6, 2007__

                                            Richard C. Cheng

10                                               Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  )        Magistrate's No.
                              )        [UNDER SEAL]
MAX RAY BUTLER                )
                                       07  4010

MOTION TO SEAL COMPLAINT AND ARREST WARRANT

AND NOW comes the United States of America, by its
attorneys, Mary Beth Buchanan, United States Attorney for the
Western District of Pennsylvania, and Luke E. Dembosky, Assistant
United States Attorney for said district, and respectfully moves
the Court for an Order directing that any and all papers filed in
the above-captioned matter, and the within Motion and Order to
Seal, be sealed pending further Order of Court. In support of this
Motion, it is respectfully submitted that the facts contained in
these papers pertain to matters concerning an ongoing investigation
and the publication of said information would compromise the
investigation.

                         Respectfully submitted,

                         MARY BETH BUCHANAN
                         United States Attorney

                 By:   LUKE E. DEMBOSKY
                       Assistant U.S. Attorney
                       PA ID No. 75596

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                )
                                        )
                v.                      )        Magistrate's No.
                                        )        [UNDER SEAL]
MAX RAY BUTLER                          )
                                                    07 401L

O R D E R

AND NOW, to wit, this _4_ day of September, 2007, upon

consideration of the within Motion to Seal Complaint and Arrest

Warrant, it is hereby ORDERED that any and all papers filed in the

above-captioned matter, and the within Motion and Order to Seal

issued at Magistrate's No. 07-401L     be sealed until further

Order of Court.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney

AO 91 (Rev. 5/85) Criminal Complaint

# *United States District Court*

__WESTERN__ **DISTRICT OF** __PENNSYLVANIA__

UNITED STATES OF AMERICA

v.

MAX RAY BUTLER

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

0 7    4 0 1 M

**UNDER SEAL**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about __October 15, 2006 and December 2, 2006__ in __Allegheny__ county, in the

__Western__ District of __Pennsylvania__ defendant(s) did, (Track Statutory Language of Offense)

18 U.S.C. § 1029(a)(3) whoever knowingly and with intent to defraud possesses 15 or more unauthorized access
devices, affecting interstate or foreign commerce.  Imprisonment: not more than 15 years.  Fine: $250,000.

18 U.S.C. § 1028(a)(7) whoever knowingly transfers or possesses without lawful authority, a means of
identification, to wit access devices as defined in Section 1029(e), of another person with the intent to commit
* see Criminal Complaint Attachment.

in violation of Title __18__ United States Code, Section(s) __1029, 1028 and 1343__.

I further state that I am a(n) __United States Secret Service Special Agent__ and that this complaint is based
on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:    ☐ Yes    ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__September 4, 2007__
Date

__Robert C. Mitchell, U.S. Magistrate Judge__
Name and Title of Judicial Officer

at __Pittsburgh, Pennsylvania__
City and State

_____
Signature of Judicial Officer

## CRIMINAL COMPLAINT ATTACHMENT

\* or aid or abet, or in connection with, any unlawful activity that constitutes a violation of federal law, to wit, access device fraud in violation of 18 U.S.C. § 1029 et seq. Imprisonment: not more than 5 years. Fine: $250,000.

18 U.S.C. § 1343 whoever having devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent representations and promises by transmitting and causing to be transmitted in interstate or foreign commerce any writing signs, signals and pictures for the purpose of executing the scheme and artifice to defraud credit card issuers. Imprisonment: not more than 20 years. Fine: $250,000.

AO 442 (Rev. 12/85)  Warrant for Arrest

# *United States District Court*

_____ **WESTERN** _____ **DISTRICT OF** _____ **PENNSYLVANIA** _____

UNITED STATES OF AMERICA

V.

MAX RAY BUTLER

## WARRANT FOR ARREST

CASE NUMBER:

**UNDER SEAL** 7  4 0 1 0

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ Max Ray Butler ____

<span style="text-align:center">Name</span>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Identity Theft, in violation of 18 U.S.C. § 1028(a)(7); Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(3); and Wire Fraud, in violation of 18 U.S.C. § 1343.

in violation of Title __18__ United States Code, Section(s) __1028, 1029 and 1343__

Robert C. Mitchell
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Sept 4, 2007
Date and Location

Bail fixed at $ _____  by  _____

<span>Name of Judicial Officer</span>

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85)  Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Max Ray Butler

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: 07/10/72

SOCIAL SECURITY NUMBER:

HEIGHT: 6'5"                          WEIGHT: 220

SEX:  Male                            RACE: Caucasian

HAIR: Brown                           EYES: Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:



FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY ADDRESS:  U.S. Secret Service

112 Washington Place, Suite 1610

Pittsburgh, PA 15219

United States District Court
Northern District of California

# DOCUMENT LOCATOR

**CASE NUMBER**            CR- 07 - 70525 - PVT

**DATE FILED**             9 - 6 - 07

**DOCUMENT NUMBER**        Part of Document # 1

Reporter's Transcript     _____

Trial Exhibits            _____

Lodged Documents          _____

Sealed Documents          ✗

CJA Financial Documents   _____

Other                     Affidavit in Support of Criminal Complaint

**LOCATION**

Expando File              _____
(Located next to case file)

Overflow Shelf            _____

Sealed Room               ✗

Financial File (Vault)    _____

Volume 1 (Top)            _____

Other                     _____

✗ Sealed per minute order w/ dkt # 2